UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Minnesota Laborers Health and Welfare Fund; Minnesota Laborers Pension Fund; Minnesota Laborers Vacation Fund; Construction Laborers' Education and Training Fund of Minnesota and North Dakota; Minnesota Laborers Employers Cooperation and Education Trust,

Plaintiffs,

vs.

Jacobsen Excavating & Trucking, Inc., and Jeffrey C. Jacobsen, individually,

Defendants.

Civil No. 00-2216 (DWF/SRN)

**ORDER**

This matter was heard before the undersigned on the 8th day of December, 2000. Pamela H. Nissen of McGrann Shea Franzen Carnival Straughn & Lamb, Chartered, appeared for and on behalf of the Plaintiffs. Philip J. Young of Moss and Barnett appeared for and on behalf of the Defendants. Based upon the submissions of the Plaintiffs, and representations of counsel at the hearing, **IT IS HEREBY ORDERED:**

1. That Defendants shall submit the fringe benefit report forms for the months of September, October, and November 2000, accurately reporting all hours worked by Defendants' employees, within 5 days of the date of this Order. Those reports shall be submitted to the attention of Mr. Rod Skoog, Zenith Administrators, 7645 Metro Boulevard, Minneapolis, MN 55439.

2. That Plaintiffs' counsel shall submit to the court an affidavit identifying the costs and attorney fees associated with the filing of the default judgment motion.

DEC 11 2000
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. With the exception of the two provisions above, this matter shall be continued and is referred to Magistrate Susan Richard Nelson for further scheduling.

Dated: December 11, 2000

DONOVAN W. FRANK
Judge of United States District Court