**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Minnesota Laborers Health and Welfare Fund, Minnesota Laborers Pension Fund, Minnesota Laborers Vacation Fund, Construction Laborers' Education and Training Fund of Minnesota and North Dakota, and Minnesota Laborers Employers Cooperation and Education Trust,

Plaintiffs,

v.

Jacobsen Excavating & Trucking, Inc. and Jeffrey C. Jacobsen, individually,

Defendants.

Civil No. 00-2216 (DWF/SRN)

**ORDER FOR ATTORNEY'S FEES AND COSTS**

---

Pamela H. Nissen, Esq., McGrann, Shea, Franzen, Carnival, Straughn & Lamb, 800 Nicollet Mall, Suite 2600, Minneapolis, MN 55402-2041, counsel for Plaintiff.

---

The above-entitled matter was heard before the undersigned on December 8, 2000. At that time the Court entered an Order directing that the Defendants submit fringe benefit report forms for the months of September, October, and November 2000, accurately reporting all hours worked by Defendants' employees, within five days of the Court's Order, which was filed on December 11, 2000. Further, the Court directed that Plaintiffs' counsel submit to the Court an affidavit identifying the costs and attorney's fees associated with the filing of the default judgment motion. The Plaintiff has done so.

JAN 0 2 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JAN 0 2 2001
DEPUTY CLERK

Based upon the submissions of counsel and the Court having reviewed the contents of the Court's file in this matter and being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. The Plaintiffs' motion for attorney's fees and costs is **GRANTED**.

2. That as and for reasonable attorney's fees and costs, the Court awards the sum of $2,074.47, consistent with the submissions of Plaintiffs, finding that the attorney's fees and costs are reasonable.

3. That the attorney's fees and costs shall be paid by the Defendants to the Plaintiffs by January 15, 2001.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 2, 2001

DONOVAN W. FRANK
Judge of United States District Court